| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Nate Bernstein, Attorney at Law, SBN 164888<br>Nate Bernstein & Associates<br>15760 Ventura Boulevard, Suite 700<br>Encino, California 91436<br>Tel.: (818) 995-9475<br>Fax: (818) 995-9476 | |
| *Attorney for* Clara Aguirre , Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:   Clara Aguirre

CHAPTER 13

CASE NUMBER 2:11-bk-12332 AA

Debtor.

# DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter __13__ case to a case under chapter __7__ on the grounds set forth below:  Pursuant to Bankruptcy Code Section 11 U.S.C. 1307(a)

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter   ☐ 7   ☐ 11   ☐ 12   ☑ 13 was filed on: 1/18/11

   b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11 was filed on:
      ☐ An Order of Relief under chapter   ☐ 7   ☐ 11 was entered on:

   c. ☐ An Order of Conversion to chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:

   d. ☐ Other *(specify)*:

3. **Procedural Status**:

   a. Name of trustee appointed *(if any)*:   Kathy A. Dockery

   b. Name of Attorney of Record for trustee *(if any)*:   none

4. Debtor alleges that this case has not been previously converted.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.1

Debtor's Motion to Convert Case - *Page 2*    F 1017-1.1

| In re    Clara Aguirre | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:11-bk-12332 AA |

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter __13__ to a case under chapter __7__.

Dated: April 6, 2011

Respectfully submitted,

Nate Bernstein & Associates
*Firm Name*

By: _____

Name: Nate Bernstein, Attorney at Law
*Attorney for Debtor/Trustee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 1017-1.1

Debtor's Motion to Convert Case - *Page 3*

**F 1017-1.1**

| In re    Clara Aguirre | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:11-bk-12332 AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15760 Ventura Boulevard, Suite 700 Encino, California 91436

A true and correct copy of the foregoing document described as __Debtor's Request to Convert Case from Chapter 13 Chapter 7 pursuant to Bankruptcy Code Section 11 U.S.C. 1307(a)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 6, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

THIS SECTION APPLIES AND SERVICE LIST IS LOCATED ON ATTACHED PAGE.

☑    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2011 | Rose Miller | *Rose Miller* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 1017-1.1

Debtor's Motion to Convert Case - *Page 4*                    **F 1017-1.1**

| In re    Clara Aguirre | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:11-bk-12332 AA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Honorable Alan M. Ahart, United States Bankruptcy Judge
255 East Temple Street, Courtroom 1375
Los Angeles, California 90012

Kathy A. Dockery, Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

Office of United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017

Clara Aguirre
28174 Langside Avenue
Canyon Country, Ca. 91351

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 1017-1.1**