| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Nate Bernstein, Esq., SBN 164888<br>Nate Bernstein & Associates<br>Attorneys and Counselors at Law<br>15760 Ventura Boulevard, Suite 700<br>Encino, California 91436<br>Phone: (818) 995-9475/  Fax: (818) 995-9476<br>E-Mail: natebernstein@netzero.net<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s), appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** __255 East Temple Street__ **DIVISION**

| In re:<br><br>CLARA AGUIRRE<br><br><br>Debtor(s). | CASE NO.: 2:11-bk-12332 AA<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7  [11 U.S.C. §1307(a), LBR 1017-1, LBR 3015-1(q)(2)]**<br><br>No hearing required.   No order required. |
|---|---|

**PLEASE TAKE NOTICE THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:**

1. A voluntary petition under chapter 13 was filed on (*insert date*): 1/18/11

2. Name of chapter 13 trustee appointed:  KATHY A. DOCKERY

3. The additional filing fee is being paid concurrently with the filing of this notice.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Dated: 4/11/11

Respectfully submitted,

By: _____
*Signature of Debtor or Attorney for Debtor(s)*

Name:  __NATE BERNSTEIN, ATTORNEY AT LAW__
*Type Name of Debtor or Attorney for Debtor(s)*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2010                                      Page 1                            F 3015-1.21.NOTICE.CONVERT.CH13

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 700
Encino, California 91436

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 to CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U. S. Trustee:**
**Chapter 13 Trustee:**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/11/11 _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
   THIS SECTION APPLIES. PLEASE SEE ATTACHED SERVICE LIST.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/11/11 | ROSE MILLER | *Rose Miller* (signed) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2010                                                    Page 2                              F 3015-1.21.NOTICE.CONVERT.CH13

## SERVICE LIST

Honorable Alan M. Ahart, United States Bankruptcy Judge
255 East Temple Street, Courtroom 1375
Los Angeles, California 90012


Kathy A. Dockery, Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, California 90017


Office of United States Trustee
725 S. Figureroa Street, Suite 2600
Los Angeles, California 90017


Clara Aguirre
28174 Langside Avenue
Canyon Country, Ca. 91351